USA
Plaintiff

VS: CR03-117S

James Dixon
Defendant

## EXHIBIT RECEIPT

Government's exhibits 1, 2, 3

KM

~~Attorney~~
Kevin McNamara
Special Agent ATF

Deputy clerk