UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-117 S

JAMES DIXON :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, James Dixon, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

JAMES DIXON,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Gerard B. Sullivan, AUSA and on Dennis Jenkins, SUSPO on the 15th day of August, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 04-038

JAMES DIXON :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, James Dixon, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On March 24, 2005, he was sentenced to a term of 84 months imprisonment after having pled guilty to Counts 1 and 2 of the indictment which charged the defendant with possession of cocaine base with intent to distribute. The defendant was also sentenced to a mandatory consecutive sentence of 60 months on Count 3.

2. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of November 21, 2007, the defendant's base offense level would be reduced from a level 23 to a level 21, yielding a new guideline range of 70 to 87 months of imprisonment.

WHEREFORE, the defendant, James Dixon, moves that this Honorable Court grant this motion and reduce his sentence from 84 to 70 months.

JAMES DIXON,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Gerard Sullivan, AUSA and on Dennis Jenkins, SUSPO on the 15th day of August, 2008.

/s/ Edward C. Roy, Esquire