RECEIVED
AUG 27 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 01-117S
)
JAMES DIXON )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 23.

Criminal History Category V.

84 to 105 months imprisonment.

5 years supervised release

$ 10,000 to $ 2,000,000 fine.

3. Defendant was sentenced on March 24, 2005 to 84 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _21_.

Criminal History Category_V_.

_70_ to _87_ months imprisonment

_5_ years supervised release

$ 7,500 to $ 2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant had an incident report on October 17, 2007 for giving/accepting money without authorization; December 17, 2006, for introduction of drug/drug items (marijuana filled balloons); Aparil 8, 2006, for giving/accepting money without authorization; and November 17, 2005, for fighting with another person.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 70 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

Aug. 19, 2008
Date

GERARD B. SULLIVAN
Assistant U.S. Attorney

August 18, 2008
Date