AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
James Dixon

Case No: 1:03-CR-00117S
USM No: 05385-070

Date of Previous Judgment: 4/08/2005
(Use Date of Last Amended Judgment if Applicable)

Edward C. Roy, Esq.
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 * months **is reduced to** 70 months * .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 84 to 105* months | Amended Guideline Range: | 70 to 87 * months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*** plus an additional 60 months consecutive as to count III**

Except as provided above, all provisions of the judgment dated 4/08/2005 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/28/08

[signature]
Judge's signature

Effective Date: ____________
(if different from order date)

William E. Smith, US District Court Judge
Printed name and title